AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia |

OTELS, INC.

        **PLAINTIFF**
        **V.**

METIN ALTUN, AND
METGLOBAL, INC.

        **DEFENDANTS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07 cv 551

TO: (Name and address of Defendant)

Metin Altun (Serve Metin Altun)
MetGlobal, Inc.
330 West 38th Street
Ste 909
New York, NY  10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. Kenney, Esq.
Birch, Stewart, Kolasch & Birch
8110 GatehouseRoad Ste. 100 East
Falls Church, VA  22042

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

_____
CLERK

June 5, 2007
_____
DATE

_____
(By) DEPUTY CLERK

Metin Altun - Eastern District of Virginia
Case No.: 1:07 CV 551

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06/11/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Darlene S. Greene | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 330 West 38th Street, Ste 909, New York, NY 10018

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06-11-2007
_____    Date

Signature of Server _ Darlene S. Greene

P.O. Box 1085

Bronx, NY 10471-0600
Address of Server

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires:  02-28-2008

Date: 06/11/2007 Time: 11:55 (AM) PM
Title: Director
Printed Name: Ed Dudelwyk
Signature: _____
(Recipient)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUL 2 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Virginia _____

OTELS, INC.

               PLAINTIFF
                    V.

METIN ALTUN, AND
METGLOBAL, INC.

               DEFENDANTS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07cv551

TO: (Name and address of Defendant)

Metin Altun
MetGlobal, Inc. (Serve MetGlobal, Inc)
330 West 38th Street
Ste 909
New York, NY  10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. Kenney, Esq.
Birch, Stewart, Kolasch & Birch
8110 GatehouseRoad Ste. 100 East
Falls Church, VA  22042

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

_____      June 5, 2007
CLERK                                    DATE

(By) DEPUTY CLERK

MetGlobal, Inc.-Eastern District of Virginia
CASE No.: 1:07CV551

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 06/11/2007 |
| NAME OF SERVER *(PRINT)* Darlene S. Greene | **TITLE** Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 330 West 38th Street, Ste. 909, New York, NY 10018

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| **TRAVEL** | **SERVICES** | **TOTAL** |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06-11-2007
Date

Signature of Server

P.O. Box 1085

Bronx, NY 10471-0600
Address of Server

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2008

Date: 06/11/2007 Time: 11:55 AM/PM
Title: Director
Printed Name: Ed Delaloyelu
Signature: _____
(Recipient)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.